1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   JAMES TEARPAK and SUSAN            NO. CIV. 2:10-3334 WBS KJN
     TEARPAK,
13
               Plaintiffs,             ORDER OF RECUSAL
14
          v.
15
     COUNTRYWIDE HOME LOANS, INC.;
16   BANK OF AMERICA, N.A.;
     MORTGAGE ELECTRONIC
17   REGISTRATION SYSTEMS, INC.;
     BAC HOME LOANS SERVICING,
18   L.P.; and DOES 1 through 50,
     inclusive,
19
               Defendants.
20   _____/

21
                            ----oo0oo----
22

23        Because the spouse of one of my law clerks owns a small

24   amount of stock in the Bank of America, I must recuse myself from

25   this case for the reasons stated in Amstadter v. Bank of America,

26   Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

27        IT IS THEREFORE ORDERED that the Clerk of the Court

28   reassign this case to another judge for all further proceedings,

                                  1

1  making appropriate adjustments in the assignments of civil cases

2  to compensate for such reassignment.   All dates pending before

3  the undersigned are hereby vacated.

4  DATED:   January 18, 2011

5

6  _____

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2