UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TEARPAK, and SUSAN TEARPAK, <br><br>          Plaintiffs, <br><br>     v. <br><br> COUNTRYWIDE HOME LOANS, INC., et al., <br><br>          Defendants. | NO. 2:10-cv-3334 FCD KJN <br><br> <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |

----oo0oo----

   1.   The hearing on Defendants' Motion to Strike (Docket No. 5), and Motion to Dismiss (Docket No. 7) is CONTINUED to March 25, 2011, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than March 11, 2011.  The defendants may file and serve a reply on or before March 18, 2011.

   2.   Plaintiffs' counsel is ordered to show cause why they should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

1      3.   Plaintiffs' counsel shall file their response to the
2  order to show cause on or before March 11, 2011.
3      4.   A hearing on the order to show cause, if necessary,
4  will follow the hearing on the motion.
5      IT IS SO ORDERED.
6  DATED: February 17, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE