UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TEARPAK, and SUSAN TEARPAK, | NO. 2:10-cv-3334 FCD KJN |
| Plaintiffs, | |
| v. | **ORDER FOR SANCTIONS AND FURTHER ORDER TO SHOW CAUSE** |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendants. | |

----oo0oo----

On February 17, 2011, plaintiffs' counsel was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before March 11, 2011. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

/ / /

1. Plaintiffs' counsel, Mr. John S. Sargetis, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on February 17, 2011. The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2. Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiffs' case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before March 25, 2011.

3. The hearing on defendants' Motion to Strike (Docket #5), and Motion to Dismiss (Docket #7) currently set for March 25, 2011 is VACATED and RESET for April 8, 2011 at 10:00 a.m. in Courtroom #2.

IT IS SO ORDERED.

DATED: March 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE